## File Hashes for IP Address 24.126.57.242

**ISP:** Comcast Cable
**Physical Location:** Washington, DC

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/07/2013 21:07:34 | D40E3490DE07096BF88E98A10B5D4E0D1672F975 | Fashion Models |
| 05/07/2013 20:59:44 | BFC0CFEDEDF204DCC3DD3E99E5E0BEB4111180BF | Rose Petals |
| 03/19/2013 13:00:55 | 308DBD6D714644BF82F7EE8CD484F31C1BAD9F48 | Circles of Bliss |
| 03/13/2013 13:53:30 | 8588A66946A7F1D5E9B16D78207981DC62820F9C | Red Satin |
| 03/13/2013 05:27:33 | 91AF7A51D429BF0E21F54434ED94EEAB5826238A | Spilled Milk |
| 02/28/2013 11:08:55 | 7F7E95C9487CE032751995CC58A23CC7E0B50BEF | Tuesday Morning |
| 02/18/2013 19:22:41 | F2F5A22A9C90FFD10E6E08D5690E9EAB531F0C8E | Apartment in Madrid |
| 02/08/2013 05:54:18 | 98DE457F485C12DBD49609127F6CB2CBBE0E082F | Deep Longing |
| 02/08/2013 05:30:29 | FF729C9640023E57FDD7F457DF0E658CFBE42ADE | Sacred Romance |
| 02/03/2013 00:05:33 | 5997B9E42F81D46B0CFF63705211D5B8C5C543F6 | Seeing Double |
| 01/21/2013 19:25:34 | 80CA96F23E8F93FFD8F5EA729E99EFEE1906C0E6 | Want You |
| 01/21/2013 19:16:13 | D8CAC2CE015C6CDE8E5F5A2EC2BF263A086CAA41 | A Little Rain Must Fall |
| 01/21/2013 19:13:28 | 5C484A7003F92598EEDF762092D0C7D41CD794E9 | Yoga Master and Student |
| 01/13/2013 19:18:41 | 09D7C29EFFBFC541C24511FBE502A34AACFA711D | Spur of the Moment |
| 01/07/2013 01:42:06 | 2410F1B972DB5F4B580B2D0482F5F40D778DF6E3 | Morning Desires |
| 12/29/2012 20:33:46 | 32F2F5433013752ED4C9749E7EA7E93B00FE02BC | Together Again |
| 12/28/2012 01:20:32 | E539B58C0992C2D305D533E88F6F15B3E4C543D0 | A Love Story |
| 12/28/2012 01:19:44 | 5CD20FA4A34CE40E898CEEC6137FE7AE3E2ED6BC | Inside Perfection |
| 12/28/2012 01:11:37 | 227835892F01B19339F1599D5EEC92D2CA969779 | A Girls Fantasy |
| 12/13/2012 02:17:20 | E75A9E7C598E50AF1FCD6CC1A5A289CA545FEA18 | Then They Were Three |
| 12/08/2012 19:43:31 | B681FFAF4CD98AB62A1F559D364DEA00A23D4D32 | Waterfall Emotions |
| 11/27/2012 05:24:29 | 1DE0FA5F65D48F7864F0C9F56AC1A6F26C70DBC4 | Formidable Beauty |
| 11/25/2012 01:51:30 | FF6F574E973FBB7EB5E20715C9F6B4135FB7286A | Tarde Espanola |

EXHIBIT A

DC48

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 11/12/2012 22:55:50 | 3592BA1AD045251B3893035092370C7AF65ECF15 | Lovers Quarrel |
| 11/05/2012 21:55:54 | F0AFDBC7DD17E26F0B9C61F5152655F428C05D55 | Still With Me |
| 10/29/2012 17:09:11 | BC2FB2F0B4C21041E44FF3ED68364E5365D0856D | Wild Things |
| 10/29/2012 17:06:39 | 501FA5733E74A5CA44964D238B79B80E309D32BC | A Day to Remember |
| 10/29/2012 17:05:21 | 01E5E5EEF60FED2117D28C25D9277B504E7281CF | Young Passion |
| 09/30/2012 14:16:06 | 9830D15B5D1BC23579ABD22B39A2BF5E6C941628 | Photo Fantasy |
| 09/20/2012 23:32:27 | EC3B64720F386F52A7C2BA4E11D220D819E46E1A | Black Lingerie Bliss |
| 09/17/2012 01:27:21 | DF55C4415BD1DDB2DAE91139804053B35B33BBA1 | Morning Memories |
| 09/08/2012 16:56:54 | EE7DC112CE480DC914957AC65A313AE3DEE3E64D | First Love |
| 09/02/2012 13:49:56 | 250F61EA9B5919E7A14FE70C253B31F303855E5C | Starting Over |
| 09/02/2012 13:42:44 | ED1D1C74C208A0B5730CA7E3A7A1ACA0747E6B2A | Side by Side |
| 08/23/2012 00:01:41 | B99C50D1E0CFDB65211D407502CE7ABF4C984568 | This Side of Paradise |
| 08/22/2012 22:06:00 | A2C51A61409258952A469C9C1DF8C197CC5C85AE | Threes Company |
| 08/13/2012 21:58:43 | 1C04978A2E1C92AF54502D9CB1C7A9287C0E8CFD | Coucher Avec une Autre Fille |

**Total Statutory Claims Against Defendant: 37**

EXHIBIT A