**Expanded Surveillance of IP Address 24.126.57.242**

**ISP:** Comcast Cable
**Location:** Washington, DC

| Hit Date  UTC | Filename |
|---|---|
| 05/07/2013 | Time Out S06.rar |
| 05/07/2013 | x-art_capri_tyler_green_eyes_540.wmv |
| 05/07/2013 | X-Art - Rose Petals - Presley [1080p].mp4 |
| 05/07/2013 | X-Art - Fashion Models - Bunny, Scarlet [1080p].mov |
| 04/29/2013 | Collegerules - The Girls Are On The Hunt For COCK [720p].mp4 |
| 04/29/2013 | Atoms For Peace - AMOK (2013) |
| 04/16/2013 | X-Art - Everlasting Friendship - Baby [1080p].mov |
| 03/29/2013 | Sandy_A_Whole_In_My_Mouth_HD.mp4 |
| 03/29/2013 | WowGirls - Anjelica - You Belong To Me (1080p).mp4 |
| 03/29/2013 | Oral Creampie Vol. 2_XXX_AtomicGdog.mp4 |
| 03/25/2013 | X-Art.13.03.24.Baby.Afternoon.Snack.XXX.1080p.MP4-KTR[rarbg] |
| 03/25/2013 | prnfle2063x.mp4 |
| 03/21/2013 | X-Art - Circles Of Bliss - Addison [1080p].mov |
| 03/18/2013 | Casting Couch X - Alice |
| 03/15/2013 | X-Art.13.03.15.Kiera.Late.For.Work.XXX.1080p.MP4-KTR[rarbg] |
| 03/13/2013 | Langt.fra.Las.Vegas.S01E03.Mia.Hundvin.DvDrip.avi |
| 03/13/2013 | X-Art - Red Satin - Mia Malkova [1080p].mp4 |
| 03/13/2013 | X-Art - Spilled Milk - Angelica [1080p].mov |
| 03/13/2013 | GURPS 3rd Ed - EDN0024 - Conspiracy X.pdf |
| 03/13/2013 | X-Art - Another Night - Bunny [1080p].mp4 |
| 03/04/2013 | X-Art - Mad Passion - Kaylee [1080p].mp4 |
| 03/04/2013 | ktr.gdp.e177.20.years.old.wmv |

EXHIBIT C

| Hit Date  UTC | Filename |
| --- | --- |
| 03/04/2013 | GirlsDoPorn (E187) - 19 Years Old [720p].wmv |
| 03/04/2013 | GirlsDoPorn (E189) - 20 Years Old [720p].wmv |
| 03/04/2013 | ktr.gdp.e199.18.years.old.wmv |
| 03/04/2013 | ktr.gdp.e175.18.years.old.wmv |
| 03/04/2013 | ktr.gdp.e190.18.years.old.wmv |
| 03/04/2013 | ktr.gdp.e184.21.years.old.wmv |
| 03/04/2013 | Collegerules - Sexual Tendencies [720p].mp4 |
| 03/04/2013 | ktr.gdp.e198.19.years.old.wmv |
| 03/04/2013 | ktr.gdp.e192.19.years.old.wmv |
| 03/04/2013 | GirlsDoPorn.E193.19.Years.Old.XXX.720p.WMV-KTR |
| 03/04/2013 | CollegeRules - The Pledge [720p].mp4 |
| 03/03/2013 | Marie Fredriksson |
| 03/03/2013 | sexo-gdp-18yearsold-e196.wmv |
| 02/28/2013 | X-Art - Tuesday Morning - Tiffany F [1080p].mov |
| 02/18/2013 | X-Art - Apartment in Madrid - Kaylee [1080p].mp4 |
| 02/13/2013 | WowGirls - Cream My Mouth - Beata [1080p].mp4 |
| 02/08/2013 | Otto Knows - Million Voices (Original Mix).mp3 |
| 02/08/2013 | x-art_connie_sacred_romance_1080.mov |
| 02/03/2013 | x-art_gianna_addison_seeing_double__1080.mov |
| 01/21/2013 | x-art_mira_yoga_master_and_student_1080.mov |
| 01/21/2013 | Mastering the Art of French Cooking.pdf |
| 01/21/2013 | X-Art - Want You (2013) [1080p].mov |
| 01/21/2013 | Mushroomhead - XIII [2003] |
| 01/21/2013 | x-art_angelica_a_little_rain_must_fall_1080.mov |
| 01/14/2013 | WowGirls - Girl Which Bang - LollyPop [720p].mp4 |
| 01/13/2013 | X-Art - Spur of the Moment - Ivy [1080p].mov |

EXHIBIT C

| Hit Date  UTC | Filename |
|---|---|
| 01/13/2013 | Triple_Pleasure_1280x720.mov |
| 01/13/2013 | Die Zeit 2007 10.pdf |
| 01/07/2013 | x-art_angie_morning_desires_1080.mov |
| 01/03/2013 | Moonrise.Kingdom.2012.LiMiTED.BRRip.XVID.AbSurdiTy |
| 01/03/2013 | Above and Beyond - Discography (Inspiron) |
| 12/30/2012 | CollegeRules - Spin the Bottle Orgy [720p].mp4 |
| 12/29/2012 | 11.03.28.Madelyn Marie.MyDadsHotGirlfriend.wmv |
| 12/29/2012 | x-art_baby_together_again_1080.mp4 |
| 12/29/2012 | Exclusive Teen Porn - Amazing Teen Porn HD 720p |
| 12/28/2012 | x-art_angelica_naughty_and_nice_1080.mov |
| 12/28/2012 | X-Art - Inside Perfection - Angelica [1080p].mov |
| 12/28/2012 | X-Art - Unforgettable View Part II - Addison [1080p].mov |
| 12/28/2012 | X-Art - A Girls Fantasy - Beatrice [1080p].mov |
| 12/28/2012 | x_art_gianna_a_love_story_1080.mov |
| 12/13/2012 | x-art_baby_susie_then_they_were_three_1080.mov |
| 12/08/2012 | Hjalp!.S01E08.SWEDiSH.PDTV.XviD-NAC |
| 12/08/2012 | X-Art.12.12.05.Kalyee.Waterfall.Emotions.XXX.1080p.MOV |
| 12/08/2012 | x-art_kaylee_waterfall_emotions_1080.mov |
| 12/08/2012 | X-Art - Vacation Fantasy - Susie [1080p].mov |
| 12/03/2012 | MyWifesHotFriend - Jessie Rogers.wmv |
| 12/03/2012 | WowGirls - A Holiday Romance - Zoe [720p].mp4 |
| 12/03/2012 | x-art_angelica_inside_perfection_720.mov |
| 11/27/2012 | X-Art - Formidable Beauty - Beatrice [1080p].mp4 |
| 11/25/2012 | X-Art.12.11.23.Connie.Heart.And.Soul.XXX.1080p.MOV-KTR[rbg] |
| 11/25/2012 | X-Art - Tarde Espanola - Addison [720p].mp4 |
| 11/17/2012 | X-Art - Lovers Quarrel - Ivy [1080p].wmv |

EXHIBIT C

| Hit Date  UTC | Filename |
| --- | --- |
| 11/08/2012 | X-Art - Casual Sex - Caprice, Ivana [1080p].mov |
| 11/07/2012 | X-Art - Still With Me - Kaylee [1080p].mov |
| 11/07/2012 | x-art_ivy_sebastian_soul_mates_720.mov |
| 10/31/2012 | We Are But Hunks Of Wood |
| 10/30/2012 | CollegeSugarbabes - Lexi Bloom [1080p].mp4 |
| 10/30/2012 | [Airota][Guilty_Crown][BDrip][x264-10bit_2AAC] |
| 10/30/2012 | College SugarBabes - Tiffany Brookes [1080p].mp4 |
| 10/29/2012 | X-Art - Ibiza Love - Gianna [1080p].mp4 |
| 10/29/2012 | X-Art - A Day to Remember - Baby [1080p].wmv |
| 10/29/2012 | Ice Road Truckers S06E16.HDTV.x264-EVOLVE-mSD |
| 10/29/2012 | X-Art - Young Passion - Baby [1080p].mp4 |
| 10/29/2012 | X-Art - Dangerous Game - Jasmine [1080p].wmv |
| 10/29/2012 | X-Art - Wild Things - Silvie, Grace [1080p].mov |
| 10/29/2012 | X-Art - Poolside Passion - Mira [1080p].mov |
| 10/29/2012 | Throwback HipHop Music Mix 908T by LB - silvermixmusic.com |
| 10/26/2012 | Impractical.Jokers.S02E03.Episode.3.HDTV.x264-LOL[ettv] |
| 10/26/2012 | Aleksa Nicole - Housewife 1 on 1 HD720p |
| 10/26/2012 | ChicasPlace.12.08.31.Handjob.Workout.XXX.1080p.MP4-KTR[rbg] |
| 10/26/2012 | Lady-Sonia.12.08.14.Vienna.Moore.Plaything.For.A.Black.Monster.Cock.XXX.MP4-OHRLY |
| 10/26/2012 | PML-015 - Lady Sonia - A Taste For Cum (g1).wmv |
| 10/23/2012 | CollegeSugarBabes - Ella Milano [1080p].mp4 |
| 10/22/2012 | College SugarBabes - Faye Reagan [1080p].mp4 |
| 10/22/2012 | CollegeSugarBabes - Katie Jordin [1080p].mp4 |
| 10/22/2012 | CollegeSugarBabes - Heather Starlet [1080p].mp4 |
| 10/22/2012 | CollegeSugarBabes - Lexi Belle [1080p].mp4 |
| 10/22/2012 | Immortals 2011 VXID-MXMG eng.avi |

EXHIBIT C

DC48

| Hit Date  UTC | Filename |
|---|---|
| 10/22/2012 | CollegeSugarBabes - Mischa Brooks [1080p].mp4 |
| 10/22/2012 | College SugarBabes - Alyssa Branch [1080p].mp4 |
| 09/30/2012 | Anjelica.Zoe.Cock.Addicts.WowGirls.2012.HD_iyutero.com.mp4 |
| 09/30/2012 | X-Art - Photo Fantasy - Maya [1080p].mov |
| 09/21/2012 | X-Art - Black Lace Bliss - Gianna [1080p].mov |
| 09/17/2012 | X-Art - Morning Memories - Cindy [720p].wmv |
| 09/08/2012 | x-art_kaylee_ian_first__love_1080.mov |
| 09/02/2012 | Leila.Ivy.Side.by.Side.XArt.09.01.12.HD_iyutero.com.wmv |
| 09/02/2012 | WowGirls - Give Me Some Cum - Bianca aka Kitty, Molly, Yanina [720p].mp4 |
| 09/02/2012 | X-Art - Starting Over - ** 28 JULY 2012 ** Jessie [720p].mp4 |
| 08/25/2012 | X-Art - Silvie Delux  (Unbelievably Beautiful) |
| 08/23/2012 | X-Art - This Side of Paradise - Ivy [1080p].mov |
| 08/23/2012 | X-Art - Threes Company - Caprice, Anneli [1080p].mp4 |
| 08/13/2012 | x-art_jessie_anais_coucher_avec_an_autre_fille_1080.mp4 |

EXHIBIT C